**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dant A. Sandras, D.D.S., L.L.C.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1505018** |

4. **Debtor's address**

**Principal place of business**

**13373 Hwy 3235**
**Larose, LA 70373**
Number, Street, City, State & ZIP Code

**Lafourche**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Dant A. Sandras, D.D.S., L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____6212____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor **Dant A. Sandras, D.D.S., L.L.C.**      Case number (*if known*) _____

Name

---

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. | |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **Dant A. Sandras, D.D.S., L.L.C.** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Dant A. Sandras, D.D.S., L.L.C.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  4, 2024**
MM / DD / YYYY

**X** **/s/ Dant A. Sandras**                          **Dant A. Sandras**
Signature of authorized representative of debtor          Printed name

Title    **President / Owner**

---

**18. Signature of attorney**

**X** **/s/ Leo D. Congeni**                          Date  **June  4, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Leo D. Congeni 25626**
Printed name

**Congeni Law Firm, LLC**
Firm name

**650 Poydras St., Ste. 2750**
**New Orleans, LA 70130**
Number, Street, City, State & ZIP Code

Contact phone   **(504) 522-4848**          Email address   **leo@congenilawfirm.com**

**25626 LA**
Bar number and State

## CERTIFICATE OF RESOLUTIONS

I, Dant A. Sandras, sole member and manager of Dant A. Sandras, D.D.S., L.L.C. (the "Company"), hereby certifies that at a special meeting of the manager(s)/member(s) of the Company duly called and held on June 3, 2024, the following resolutions were duly adopted in accordance with the requirements of the Louisiana's General Corporation Law (La. R.S. 12:1, *et seq.*) and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

> **RESOLVED**, that, in the judgment of the Managers and Members of the Company, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it was further

> **RESOLVED**, that the appropriate manager(s) of the Company are hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Louisiana at such time as said manager executing the same shall determine; and it was further

> **RESOLVED**, that the Congeni Law Firm, LLC is hereby employed as attorneys for the Company in the Company's chapter 11 case, subject to bankruptcy court approval; and it was further

> **RESOLVED**, that the appropriate manager(s) of the Company are hereby authorized, empowered and directed to execute and file all schedules, motions, lists, applications, pleadings, plans and other papers, and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which they deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it was further

> **RESOLVED**, that the appropriate manager(s) of the Company are hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such manager(s)

1

shall be or become necessary, proper and desirable to effectuate a successful reorganization or liquidation of the Company's business; and it was further

**RESOLVED**, that, any and all past actions heretofore taken by managers or members of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of June, 2024.

DANT A. SANDRAS, D.D.S., L.L.C.

By:    Dant A. Sandras
       Member/Manager

**Fill in this information to identify the case:**

Debtor name    **Dant A. Sandras, D.D.S., L.L.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 4, 2024**      X */s/ Dant A. Sandras*
                                         Signature of individual signing on behalf of debtor

                                         **Dant A. Sandras**
                                         Printed name

                                         **President / Owner**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Dant A. Sandras, D.D.S., L.L.C.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Align Technology, Inc.** **2820 Orchard Parkway** **San Jose, CA 95134** | | **Invisalign aligner manufacturer** | **Disputed** | | | **$7,364.90** |
| **AMEX** **PO Box 981535** **El Paso, TX 79998** | | **Credit Card (disputed to reflect amount uncertain)** | **Disputed** | | | **$95,000.00** |
| **Dell Financial Services** **PO Box 81577** **Austin, TX 78708-1577** | | **XPS 14 9440, Software, Support, Warranty, etc.** | **Disputed** | **$11,000.00** | **$2,000.00** | **$9,000.00** |
| **Dext Capital, LLC** **4000 Kruse Way Place** **Building 3, Suite 100** **Lake Oswego, OR 97035** | | **(5) System Control Packages, (7) Windows 11 Convertible Field Laptops, and (1) System Recovery Warranty** | **Disputed** | **$85,000.00** | **$42,000.00** | **$43,000.00** |
| **EverBank, N.A.** **PO Box 41046** **Jacksonville, FL 32203** | | **X-Ray Unit** | **Disputed** | **$30,000.00** | **$18,000.00** | **$12,000.00** |
| **Forward Financing LLC** **53 State St.** **20th Floor** **Boston, MA 02109** | | **Receivables** | **Disputed** | **$98,000.00** | **$0.00** | **$98,000.00** |
| **Internal Revenue Service** **1555 Poydras Street** **Suite 220, Stop 31** **New Orleans, LA 70112** | | **Q4 Payroll Tax 2024** | **Disputed** | | | **$14,000.00** |

| Debtor | **Dant A. Sandras, D.D.S., L.L.C.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lafourche Parish Sheriff's Office P.O. Box 5608 Thibodaux, LA 70037** | | **Business Personal Property Tax** | **Disputed** | | | **$5,000.00** |
| **Newtek Small Business Finance, LLC 1981 Marcus Ave., Suite 130 Lake Success, NY 11042** | | **Blanket security interest on business assets** | **Disputed** | **$670,000.00** | **$0.00** | **$670,000.00** |
| **OnDeck Capital, Inc. 4700 W. Daybreak Pkwy. Suite 200 South Jordan, UT 84009** | | **Accounts Receivable** | **Disputed** | **$108,000.00** | **$0.00** | **$108,000.00** |
| **Patterson Dental 1031 Mendota Heights Rd. Saint Paul, MN 55120** | | **supplies / equipment** | **Disputed** | | | **$7,294.35** |
| **Patterson Dental 1031 Mendota Heights Rd. Saint Paul, MN 55120** | | **supplies / equipment** | **Disputed** | | | **$5,720.11** |
| **Patterson Dental 1031 Mendota Heights Rd. Saint Paul, MN 55120** | | **supplies / equipment** | **Disputed** | | | **$1,459.58** |
| **Patterson Dental 1031 Mendota Heights Rd. Saint Paul, MN 55120** | | **supplies / equipment** | **Disputed** | | | **$656.08** |
| **SCPDC PO Box 1870 Gray, LA 70359** | | **Line of Credit (only disputed as to exact amount owed)** | **Disputed** | | | **$13,000.00** |
| **Spartan Business Solutions, LLC 371 E. Main St., Suite 2 Middletown, NY 10940** | | | **Disputed** | **$32,000.00** | **$0.00** | **$32,000.00** |

Debtor **Dant A. Sandras, D.D.S., L.L.C.**                                 Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Summit Funding Group, Inc. 4680 Parkway Dr., Suite 300 Mason, OH 45040** | | **(3) Lenovo Windows 11, (3) 5 Year Warranty, (1) Tower UPS, (7) Lenovo Thinkpad, (6) Lenovo 32 GB Tablet** | **Disputed** | **$90,000.00** | **$46,000.00** | **$44,000.00** |
| **U.S. Bank Equipment Fin. PO Box 790448 Saint Louis, MO 63179-0448** | | **Neterka Cyber Security Software License, Systom Control Package, Laptop, Tablet, UPS, Endpoint Management Software, Hardware Support, Disaster Data R** | **Disputed** | **$78,000.00** | **$37,000.00** | **$41,000.00** |

**Fill in this information to identify the case:**

Debtor name  **Dant A. Sandras, D.D.S., L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ ____588,287.69

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ ____588,287.69

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ____1,202,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ ____19,000.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ ____130,495.02

4. Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b

   $ ____1,351,495.02

**Fill in this information to identify the case:**

Debtor name    **Dant A. Sandras, D.D.S., L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| 3.1.   **b1 Bank** | **Checking** | | **$3,000.00** |
|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | **$3,000.00** |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1.   **Utility Deposits** | **$1,000.00** |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

Debtor **Dant A. Sandras, D.D.S., L.L.C.**          Case number *(If known)* _____
       Name

9.    **Total of Part 2.**                                              **$1,000.00**
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **60,082.46**    -        **0.00**  = ....         **$60,082.46**
                face amount             doubtful or uncollectible accounts

11b. Over 90 days old:        **51,705.23**    -        **0.00**  = ....         **$51,705.23**
                face amount             doubtful or uncollectible accounts

12.    **Total of Part 3.**                                          **$111,787.69**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** <br>Dental supplies | | **$0.00** | | **$2,500.00** |

23.    **Total of Part 5.**                                          **$2,500.00**
     Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

| Debtor | **Dant A. Sandras, D.D.S., L.L.C.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:        Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** Office furniture and equipment - see "Future Depreciation Report  FYE 12/31/24," a copy of which is attached hereto -- lists furniture, fixtures and equipment, en globo | **$868,923.00** | **Recent cost** | **$325,000.00** |
| 40.    **Office fixtures** **Leasehold Improvements** | **$35,400.00** | **Recent cost** | **Unknown** |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software Neterka Cyber Security Software License, Systom Control Package, Laptop, Tablet,  UPS, Endpoint Management Software, Hardware Support, Disaster Data Recovery** | **$74,503.08** | **Recent cost** | **$37,000.00** |
| **(5) System Control Packages, (7) Windows 11 Convertible Field Laptops, and (1) System Recovery Warranty** | **$84,250.64** | **Recent cost** | **$42,000.00** |
| **(3) Lenovo Windows 11, (3) 5 Year Warranty, (1) Tower UPS, (7) Lenovo Thinkpad, (6) Lenovo 32 GB Tablet** | **$93,335.68** | **Recent cost** | **$46,000.00** |
| **XPS 14 9440, Software, Support, Warranty, etc.** | **$4,058.00** | **Recent cost** | **$2,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
         Add lines 39 through 42.  Copy the total to line 86.

| **$452,000.00** |
|---|

Debtor   **Dant A. Sandras, D.D.S., L.L.C.**                                    Case number *(If known)* _____
Name

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| X-Ray Unit | $0.00 | | $18,000.00 |

51.   **Total of Part 8.**                                                                    | $18,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |

Debtor    **Dant A. Sandras, D.D.S., L.L.C.**                                    Case number *(If known)* _____
          _____
          Name

| 61. | **Internet domain names and websites** | | |
|---|---|---|---|
| | drsandras.com | $0.00 | $0.00 |

| 62. | **Licenses, franchises, and royalties** |
|---|---|

| 63. | **Customer lists, mailing lists, or other compilations** |
|---|---|

| 64. | **Other intangibles, or intellectual property** |
|---|---|

| 65. | **Goodwill** | | |
|---|---|---|---|
| | Patient records | $150,000.00 | Unknown |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Dant A. Sandras, D.D.S., L.L.C.**            Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $111,787.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $452,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $588,287.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $588,287.69 |

6452 Sandras, Dent & Wendy
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
FYE: 12/31/2023

**Future Depreciation Report**     **FYE: 12/31/24**

Dentist

04/21/2024  10:25 PM

Page 19 of 50

Case 24-11048  Doc 1 Filed 06/04/24 Entered 06/04/24 13:44:38 Main Document  Page 19 of 50

| Asset | Description | Date In Service | Cost | Tax | AMT |
|-------|-------------|-----------------|------|-----|-----|

**Prior MACRS:**

| Asset | Description | Date In Service | Cost | Tax | AMT |
|-------|-------------|-----------------|------|-----|-----|
| 6 | Dental Hand Instruments | 6/04/01 | 955 | 0 | 0 |
| 16 | HuFriedly Instrument Set | 11/28/02 | 6,697 | 0 | 0 |
| 19 | Painting Office Art Work | 8/24/02 | 3,025 | 0 | 0 |
| 24 | Colwel Furniture | 4/16/03 | 6,936 | 0 | 0 |
| 26 | Equipment | 5/28/03 | 285 | 0 | 0 |
| 27 | Triangle Cabinet | 5/28/03 | 15,995 | 0 | 0 |
| 30 | 2 Gendex X-Ray | 5/28/03 | 7,300 | 0 | 0 |
| 31 | 2 Gendex X-Ray Exposure Switch | 5/28/03 | 110 | 0 | 0 |
| 33 | Baldor Lathe | 5/28/03 | 225 | 0 | 0 |
| 35 | Cleaner Kit | 5/28/03 | 250 | 0 | 0 |
| 37 | Doctor's Stool | 5/28/03 | 465 | 0 | 0 |
| 38 | 2 Assistant Stools | 5/28/03 | 1,260 | 0 | 0 |
| 39 | Chair Comp Dauphine | 5/28/03 | 464 | 0 | 0 |
| 40 | 2 - Unit Comp | 5/28/03 | 2,470 | 0 | 0 |
| 41 | 2122 Radius Unit | 5/28/03 | 4,580 | 0 | 0 |
| 44 | Airtec 3/4" Water Fill | 5/28/03 | 687 | 0 | 0 |
| 45 | Airtec Transformer | 5/28/03 | 125 | 0 | 0 |
| 46 | 1040 Cascade Chair | 5/28/03 | 7,772 | 0 | 0 |
| 47 | 2132 Radius Unit | 5/28/03 | 5,496 | 0 | 0 |
| 48 | Doctor's Stool | 5/28/03 | 465 | 0 | 0 |
| 49 | Cabinet Dispensing Unit | 5/28/03 | 480 | 0 | 0 |
| 50 | 95" Hi Central Cabinet | 5/28/03 | 11,650 | 0 | 0 |
| 51 | 42 1/2" Cabinet | 5/28/03 | 7,650 | 0 | 0 |
| 52 | 42 1/2' Cabinet | 5/28/03 | 6,850 | 0 | 0 |
| 53 | 58" Cabinet | 5/28/03 | 4,100 | 0 | 0 |
| 54 | 58" Cabinet | 5/28/03 | 3,200 | 0 | 0 |
| 55 | Pref Light | 5/28/03 | 2,320 | 0 | 0 |
| 56 | HPC CLNR Assistant | 5/28/03 | 1,550 | 0 | 0 |
| 57 | 1021 Decade Chair | 5/28/03 | 6,353 | 0 | 0 |
| 58 | Radius 6300 Light | 5/28/03 | 1,695 | 0 | 0 |
| 61 | Dental Equipment | 6/03/03 | 20,446 | 0 | 0 |
| 65 | Pentamix Electronic | 9/23/05 | 1,345 | 0 | 0 |
| 70 | Office Table & Chairs | 4/05/05 | 596 | 0 | 0 |
| 71 | Desk | 8/08/06 | 1,919 | 0 | 0 |
| 74 | Furniture (AW) | 5/04/06 | 10,834 | 0 | 0 |
| 82 | Sedation Chair | 4/14/07 | 750 | 0 | 0 |
| 86 | Adec Dental Operatory | 2/11/07 | 62,479 | 0 | 0 |
| 90 | Assistant Stools | 2/07/08 | 1,392 | 0 | 0 |
| 91 | Doctor Stools | 2/07/08 | 2,250 | 0 | 0 |
| 94 | Flat Panel TV's | 3/25/08 | 3,755 | 0 | 0 |
| 95 | Office Furniture | 3/25/08 | 23,542 | 0 | 0 |
| 96 | Orthodontics Cabinet | 5/01/08 | 15,552 | 0 | 0 |
| 98 | Adec Operatory | 5/01/08 | 48,509 | 0 | 0 |
| 99 | Oral Surgery Handpiece | 6/18/08 | 1,599 | 0 | 0 |
| 104 | AED Defibrillator | 8/20/08 | 1,900 | 0 | 0 |
| 105 | Pulse Oximeter | 8/20/08 | 2,070 | 0 | 0 |
| 106 | Adec Operatory | 9/03/08 | 47,266 | 0 | 0 |
| 108 | Miele Unit | 9/03/08 | 1,588 | 0 | 0 |
| 110 | Schick Dental X Ray | 3/02/09 | 6,402 | 0 | 0 |
| 111 | W&H Electric Motor Handpiece | 4/01/09 | 8,223 | 0 | 0 |
| 113 | W&H Air Driven Handpiece | 6/08/09 | 5,338 | 0 | 0 |
| 116 | Megagen Dental Implant Sys | 9/21/09 | 15,125 | 0 | 0 |
| 117 | Aseptico Implant Motor | 9/21/09 | 3,515 | 0 | 0 |
| 118 | Grande Implant Kit | 9/21/09 | 1,951 | 0 | 0 |
| 121 | Ez Plus Implant Kit | 8/02/10 | 1,751 | 0 | 0 |
| 122 | Kodak Digital Sensor | 12/01/10 | 10,699 | 0 | 0 |
| 128 | Sinus Lift Kit | 8/02/10 | 1,354 | 0 | 0 |
| 129 | Endo Motor Aeseptico | 8/25/10 | 3,532 | 0 | 0 |
| 130 | Rescue Implant Kit | 8/02/10 | 1,552 | 0 | 0 |
| 131 | Schick Digital X Ray Sensor | 7/27/11 | 8,051 | 0 | 0 |
| 137 | Office Furniture | 4/11/12 | 4,528 | 0 | 0 |
| 138 | Megagen Anyridge Implant Sys | 8/16/12 | 9,951 | 0 | 0 |
| 140 | Nomad X-Ray | 8/14/13 | 6,878 | 0 | 0 |
| 141 | Schick Remote Module | 8/04/13 | 1,703 | 0 | 0 |
| 142 | Schick Remote Module | 8/04/13 | 1,703 | 0 | 0 |
| 143 | Schick Sensor & Cables | 8/04/13 | 8,489 | 0 | 0 |
| 144 | Adec 500 Chair & Light | 8/04/13 | 13,375 | 0 | 0 |

6452 Sandras, Dent & Wendy
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
FYE: 12/31/2023

**Future Depreciation Report    FYE: 12/31/24**
**Dentist**

04/21/2024  10:25 PM
Page 20 of 50

Case 24-13046  Doc 1  Filed 06/04/24  Entered 06/04/24 13:44:38  Main Document    Page 20 of 50

| Asset | Description | Date In Service | Cost | Tax | AMT |
|---|---|---|---|---|---|
| 145 | Adec Unit Radius | 8/04/13 | 8,442 | 0 | 0 |
| 146 | Adec Cabinet | 8/04/13 | 3,480 | 0 | 0 |
| 148 | Sinus Kit | 9/10/13 | 1,809 | 0 | 0 |
| 150 | Megagen Anyridge Implant Kit | 2/19/14 | 20,458 | 0 | 0 |
| 159 | Adec Hygiene Chair (w/ Light Upgrade) | 10/29/14 | 14,085 | 0 | 0 |
| 160 | Implant Motor Aseptico | 2/03/15 | 2,595 | 0 | 0 |
| 161 | Implant Restorative | 2/03/15 | 19,850 | 0 | 0 |
| 162 | Adec-Assitina | 4/14/15 | 2,155 | 0 | 0 |
| 163 | Adec-Center Console | 4/14/15 | 22,521 | 0 | 0 |
| 164 | Adec- 500 w/light | 4/14/15 | 24,590 | 0 | 0 |
| 165 | Adec Stool | 4/14/15 | 850 | 0 | 0 |
| 166 | Adec Assistant Chair | 4/14/15 | 979 | 0 | 0 |
| 167 | Nomad X-Ray | 4/14/15 | 11,565 | 0 | 0 |
| 168 | Adec Hygiene Chair | 4/14/15 | 17,506 | 0 | 0 |
| 169 | Adec Rear Cabinet | 4/14/15 | 5,750 | 0 | 0 |
| 170 | Midmark Autoclave | 5/12/15 | 5,548 | 0 | 0 |
| 172 | Apex locator | 5/13/15 | 890 | 0 | 0 |
| 176 | Air Techniques Compressor | 3/04/16 | 8,453 | 0 | 0 |
| 177 | Megagen Implant Complete Kit | 6/08/16 | 11,764 | 0 | 0 |
| 179 | W&H Electric Motor | 7/12/16 | 2,554 | 0 | 0 |
| 180 | Computers | 9/26/17 | 3,482 | 0 | 0 |
| 181 | Nomad X-Ray Unit | 5/03/17 | 10,510 | 0 | 0 |
| 182 | Digital X-Ray Sensor | 5/03/17 | 13,580 | 0 | 0 |
| 183 | Implant/Endo Motor/Unit | 11/15/17 | 4,509 | 0 | 0 |
| 184 | Airstar Compressor | 7/13/17 | 7,398 | 0 | 0 |
| 185 | Cammy Intra Oral Camera | 6/07/18 | 769 | 0 | 0 |
| 186 | Macrocab Danville | 6/07/18 | 525 | 0 | 0 |
| 187 | Dell Allenware 15" Trios | 12/28/18 | 4,012 | 0 | 0 |
| 188 | Trios 3 Shape/Pen Intraoral Scanner | 12/28/18 | 33,278 | 0 | 0 |
| 189 | Schick Digital densor #2 | 12/28/18 | 7,895 | 0 | 0 |
| 190 | AED + Zoll Defib | 12/28/18 | 1,373 | 0 | 0 |
| 191 | Cammy Intra Oval Camera | 6/07/18 | 769 | 0 | 0 |
| 192 | Macrocab Danville | 6/07/18 | 525 | 0 | 0 |
| 193 | Dell Alienware 15" Trios | 12/28/18 | 4,012 | 0 | 0 |
| 194 | Trios 3 Shape intraoral scanner | 12/28/18 | 33,278 | 0 | 0 |
| 195 | Schick Digital Sensor #2 | 12/28/18 | 7,895 | 0 | 0 |
| 196 | AED plus Zoll defib | 12/28/18 | 1,373 | 0 | 0 |
| 197 | CS 8100 3D Bundle CBCT | 12/18/19 | 57,388 | 0 | 0 |
| 198 | RVG 6200 Size 2 Sensor | 12/18/19 | 6,385 | 0 | 0 |
| 199 | Aerosol Evacator System | 9/28/20 | 10,801 | 0 | 0 |
| | | | 868,923 | 0 | 0 |
| | **Grand Totals** | | 868,923 | 0 | 0 |

**Fill in this information to identify the case:**

Debtor name: **Dant A. Sandras, D.D.S., L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Dell Financial Services**
Creditor's Name

**PO Box 81577**
**Austin, TX 78708-1577**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/2024**
Last 4 digits of account number
**2738**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**XPS 14 9440, Software, Support, Warranty, etc.**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$11,000.00**     Column B: **$2,000.00**

---

**2.2  Dext Capital, LLC**
Creditor's Name

**4000 Kruse Way Place**
**Building 3, Suite 100**
**Lake Oswego, OR 97035**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/7/23**
Last 4 digits of account number
**4001**
Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**(5) System Control Packages, (7) Windows 11 Convertible Field Laptops, and (1) System Recovery Warranty**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$85,000.00**     Column B: **$42,000.00**

Debtor    **Dant A. Sandras, D.D.S., L.L.C.**                              Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **EverBank, N.A.** |
|---|---|

Creditor's Name

**PO Box 41046**
**Jacksonville, FL 32203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5643**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    **$30,000.00**    **$18,000.00**
**X-Ray Unit**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Forward Financing LLC** |
|---|---|

Creditor's Name

**53 State St.**
**20th Floor**
**Boston, MA 02109**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    **$98,000.00**    **$0.00**
**Receivables**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Newtek Small Business Finance, LLC** |
|---|---|

Creditor's Name

**1981 Marcus Ave., Suite 130**
**Lake Success, NY 11042**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    **$670,000.00**    **$0.00**
**Blanket security interest on business assets**

**Describe the lien**
**Purchase Money Security**

---

Debtor **Dant A. Sandras, D.D.S., L.L.C.**     Case number (if known) _____
Name

---

Creditor's email address, if known

**Date debt was incurred**
**7/30/2019**

**Last 4 digits of account number**
**5925**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **OnDeck Capital, Inc.** | Describe debtor's property that is subject to a lien | $108,000.00 | $0.00 |

Creditor's Name
**4700 W. Daybreak Pkwy.**
**Suite 200**
**South Jordan, UT 84009**
Creditor's mailing address

**Accounts Receivable**

**Describe the lien**
**Merchant Cash Advance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**4179**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Spartan Business Solutions, LLC** | Describe debtor's property that is subject to a lien | $32,000.00 | $0.00 |

Creditor's Name
**371 E. Main St., Suite 2**
**Middletown, NY 10940**
Creditor's mailing address

**Describe the lien**
**Marchant Cash Advance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Debtor    **Dant A. Sandras, D.D.S., L.L.C.**                Case number (if known) _____
         Name

---

| 2.8 | **Summit Funding Group, Inc.** | **Describe debtor's property that is subject to a lien** | **$90,000.00** | **$46,000.00** |
|---|---|---|---|---|

Creditor's Name

**4680 Parkway Dr., Suite 300**
**Mason, OH 45040**
Creditor's mailing address

**(3) Lenovo Windows 11, (3) 5 Year Warranty, (1) Tower UPS, (7) Lenovo Thinkpad, (6) Lenovo 32 GB Tablet**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/2023**
**Last 4 digits of account number**
**5329**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **U.S. Bank Equipment Fin.** | **Describe debtor's property that is subject to a lien** | **$78,000.00** | **$37,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 790448**
**Saint Louis, MO 63179-0448**
Creditor's mailing address

**Neterka Cyber Security Software License, Systom Control Package, Laptop, Tablet, UPS, Endpoint Management Software, Hardware Support, Disaster Data Recovery**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/2023**
**Last 4 digits of account number**
**5351**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,202,000.00** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name  **Dant A. Sandras, D.D.S., L.L.C.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $14,000.00 | $14,000.00 |

**2.1**

Priority creditor's name and mailing address
**Internal Revenue Service**
**1555 Poydras Street**
**Suite 220, Stop 31**
**New Orleans, LA 70112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Q4 Payroll Tax 2024**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Total claim** $14,000.00    **Priority amount** $14,000.00

---

**2.2**

Priority creditor's name and mailing address
**Lafourche Parish Sheriff's Office**
**P.O. Box 5608**
**Thibodaux, LA 70037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022**

Basis for the claim:
**Business Personal Property Tax**

Last 4 digits of account number **6429**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Total claim** $5,000.00    **Priority amount** $5,000.00

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Dant A. Sandras, D.D.S., L.L.C.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,364.90

**Align Technology, Inc.**
**2820 Orchard Parkway**
**San Jose, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number **2217**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Invisalign aligner manufacturer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,000.00

**AMEX**
**PO Box 981535**
**El Paso, TX 79998**

Date(s) debt was incurred _

Last 4 digits of account number **2002**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Credit Card**
**(disputed to reflect amount uncertain)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Entergy Louisiana, LLC**
**PO Box 8108**
**Baton Rouge, LA 70891-8108**

Date(s) debt was incurred _

Last 4 digits of account number **5045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Finance Administration Center**
**4680 Parkway Dr., Suite 300**
**Mason, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number **5329**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Collection Company**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $656.08

**Patterson Dental**
**1031 Mendota Heights Rd.**
**Saint Paul, MN 55120**

Date(s) debt was incurred **10/1/2020**

Last 4 digits of account number **4423**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **supplies / equipment**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,459.58

**Patterson Dental**
**1031 Mendota Heights Rd.**
**Saint Paul, MN 55120**

Date(s) debt was incurred **3/23/22**

Last 4 digits of account number **0712**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **supplies / equipment**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,294.35

**Patterson Dental**
**1031 Mendota Heights Rd.**
**Saint Paul, MN 55120**

Date(s) debt was incurred **12/19/23**

Last 4 digits of account number **2480**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **supplies / equipment**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Dant A. Sandras, D.D.S., L.L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,720.11**

Patterson Dental
1031 Mendota Heights Rd.
Saint Paul, MN 55120

Date(s) debt was incurred  12/31/18

Last 4 digits of account number  0402

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  supplies / equipment

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Polaris Business Advisors
22 W 38th St.
New York, NY 10018

Date(s) debt was incurred  12/2023

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  "Program Service Fee"

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Rev Business
PO Box 880
Gonzales, LA 70707-0880

Date(s) debt was incurred

Last 4 digits of account number  6001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  NOTICE PURPOSES

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00**

SCPDC
PO Box 1870
Gray, LA 70359

Date(s) debt was incurred

Last 4 digits of account number  0101

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Line of Credit
(only disputed as to exact amount owed)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Weave
1331 W Powell Way
Lehi, UT 84043

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Digital Phone (NOTICE PURPOSES)

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Align Technology**<br>PO Box 742531<br>Los Angeles, CA 90074-2531 | Line  3.1<br><br>☐ Not listed. Explain ____ | 2217 |
| 4.2 | **Commercial Collectors, Inc.**<br>PO Box 337<br>Montrose, MN 55363 | Line  3.5<br><br>☐ Not listed. Explain ____ | _ |

---

Debtor    **Dant A. Sandras, D.D.S., L.L.C.**
　　　　　　Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Commercial Collectors, Inc.**<br>**PO Box 337**<br>**Montrose, MN 55363** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Commercial Collectors, Inc.**<br>**PO Box 337**<br>**Montrose, MN 55363** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Commercial Collectors, Inc.**<br>**PO Box 337**<br>**Montrose, MN 55363** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 19,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 130,495.02 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 149,495.02 |

**Fill in this information to identify the case:**

Debtor name   **Dant A. Sandras, D.D.S., L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of office located at 13373 Hwy. 3235, Cut Off, LA 70345 - lease originated Dec. 2002 month-to-month**<br><br>_____<br><br>**Picciola Land Company, Inc.**<br>**701 Menard St.**<br>**Thibodaux, LA 70301** |

**Fill in this information to identify the case:**

Debtor name    **Dant A. Sandras, D.D.S., L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                         *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Dant A. Sandras | 13373 Hwy. 3235 Larose, LA 70373 | Newtek Small Business Finance, LLC | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Dant A. Sandras | 13373 Hwy. 3235 Larose, LA 70373 | AMEX | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.3 | Dant A. Sandras | 13373 Hwy. 3235 Larose, LA 70373 | Forward Financing LLC | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Dant A. Sandras | 13373 Hwy. 3235 Larose, LA 70373 | Spartan Business Solutions, LLC | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Dant A. Sandras | 13373 Hwy. 3235 Larose, LA 70373 | OnDeck Capital, Inc. | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Dant A. Sandras, D.D.S., L.L.C.**

Case number *(if known)* _____

---

▰   **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                                                        *Column 2:* **Creditor**

| 2.6 | **Louisiana Sleep and Wellness, LLC** | **13373 Hwy 3235 Larose, LA 70373** | **Newtek Small Business Finance, LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| --- | --- | --- | --- | --- |
| 2.7 | **Sleep Better Louisiana, LLC** | **13373 Hwy. 3235 Larose, LA 70373** | **Newtek Small Business Finance, LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Dant A. Sandras** | **13373 Hwy. 3235 Larose, LA 70373** | **Picciola Land Company, Inc.** | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name **Dant A. Sandras, D.D.S., L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$350,000.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,000,000.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,040,479.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Dant A. Sandras, D.D.S., L.L.C.** | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Spartan Business Capital, LLC v. Dant A Sandras, DDS LLC, et al.**<br>**Index No. E2024001897** | **Collection** | **S.Ct., State of New York, Monroe County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Dant A. Sandras, D.D.S., L.L.C.**                                   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Congeni Law Firm, LLC**<br>**650 Poydras St., Ste. 2750**<br>**New Orleans, LA 70130** | **Attorney Fee Retainer** | **May 2024** | **$7,500.00** |
| | **Email or website address**<br>**leo@congenilawfirm.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

---

| Debtor | Dant A. Sandras, D.D.S., L.L.C. | Case number *(if known)* |
|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Last 4 of social security numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor      **Dant A. Sandras, D.D.S., L.L.C.**                                    Case number *(if known)*

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor    **Dant A. Sandras, D.D.S., L.L.C.** _____    Case number *(if known)* _____

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Debtor    **Dant A. Sandras, D.D.S., L.L.C.** _____    Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  4, 2024** _____

**/s/ Dant A. Sandras** _____          **Dant A. Sandras** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President / Owner** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Dant A. Sandras, D.D.S., L.L.C.** _____   Case No. _____
_____ Debtor(s)   Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **See Engagement Agreement attached hereto; fees and expenses through the Petition Date were applied to $7,500 retainer**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  4, 2024** _____
*Date*

**/s/ Leo D. Congeni** _____
**Leo D. Congeni 25626**
*Signature of Attorney*
**Congeni Law Firm, LLC**
**650 Poydras St., Ste. 2750**
**New Orleans, LA 70130**
**(504) 522-4848**
**leo@congenilawfirm.com**
*Name of law firm*

---

## THE CONGENI LAW FIRM, LLC
### 650 POYDRAS STREET, SUITE 2750
### NEW ORLEANS, LOUISIANA 70130

Leo D. Congeni, Esq.
email: leo@congenilawfirm.com
www.congenilawfirm.com

*Certified Business Bankruptcy Law Specialist*
*American Board of Certification*

Telephone: (504) 522-4848
Facsimile: (504) 910-3055

April 24, 2024

**Via Email**
Dant A. Sandras, D.D.S., L.L.C.
13373 Hwy. 3235
Larose, LA 70373

Re: **Debt Workout / Bankruptcy Filing Engagement Agreement**

Dear Mr. Sandras:

Thank you for engaging us to represent you in the above-referenced matter. The purpose of this letter is to confirm the information and understandings with regard to the handling of our fees and attorney/client relationships in representing you. "You" and "your" shall refer to **Dant A. Sandras, D.D.S., L.L.C.**.

I understand the terms of our relationship to be as follows:

**1. Scope of Representation:** You have engaged us to represent you in connection with debt workout negotiations and/or filing for relief under Chapter 7 or 11 of the United States Bankruptcy Code. To the extent you intend to engage us to represent you in other matters, you will be required to execute a separate engagement agreement prior to initiation of services.

**2. Payment of Fees and Expenses:** In exchange for us handling this matter, you have agreed to pay fees at our hourly rate which are as follows:

| | |
|---|---|
| Leo D. Congeni | $350 per hour |
| Associate | $195 per hour |
| Paralegal | $85 per hour |

**2 | Page**
Wednesday, April 24, 2024

<u>**You have agreed to pay an initial advance deposit or retainer of $7,500.**</u> The advance deposit shall be applied to accrued fees and out-of-pocket expenses at any time at the discretion of the firm. We reserve the right to request an additional retainer at any time. Post-filing, payment of fees and expenses shall be subject to court approval.

**3.** **Expenses.** Out-of-pocket costs may include, but will not be necessarily limited to, long distance telephone calls, postage, courier service, photocopying, all travel costs and related expenses, filing and recordation fees, and costs of certificates. We are not required to advance or pay any costs, but generally do so when the expenditure is a small amount.

Our practice is to send periodic statements of our charges for legal services and out-of-pocket expenses. We will apply any deposit or retainer you have given us against fees and costs until the retainer is depleted. We will provide you with a copy of all statements even if due to the retainer or deposit you owe nothing at that time. We ask that you promptly advise us of any issues with respect to monthly statements. Once the retainer is depleted, we reserve the right to request an additional retainer, or we may simply bill you on a going forward basis.

**4.** **Operation of Debtor Post-Bankruptcy**

Upon filing for bankruptcy relief, certain changes in corporate/company powers and responsibilities should be noted. First, managers, directors and officers of the debtor become subject to bankruptcy court supervision and court approval becomes necessary for many actions. Second, the Office of the U.S. Trustee, which has oversight of bankruptcy cases, imposes certain requirements on debtors in bankruptcy. Third, the duties of managers, officers and directors shift in that they now owe a fiduciary duty to creditors (and in fact may have had a fiduciary duty to creditors pre-bankruptcy as well).

*a.* *Action Requiring Court Approval:*

A Chapter 11 debtor may not take the following action without Court approval. Should any of the following actions become necessary, a formal motion must be filed and approved by the Court:

i.  Do not pay pre-petition unsecured debts, including taxes, wages, suppliers, trade creditors, landlords, unless expressly approved by Court.

ii.  Do not borrow any monies or finance any insurance premiums, machinery, furniture, or equipment, without court approval.

iii.  Do not pay any personal expenses from the bankruptcy funds even if you intend to treat it as income to yourself. If filing an individual Ch. 11 case, a budget covering personal expenses will have to be approved by the Court.

**3** | P a g e
W e d n e s d a y ,  A p r i l  2 4 ,  2 0 2 4

    iv.    Salaries and other benefits paid to officers of the corporation post-petition must be approved by the Court.

    v.    Do not use any funds of the bankrupt entity for anything other than ordinary, usual expenses arising post-bankruptcy, i.e. rent, payroll, utilities, inventory, insurance, telephone, automobile maintenance and expenses of company owned vehicles.

    vi.    Do not use funds of the bankruptcy entity that constitutes "cash collateral" of a secured creditor without consent from said creditor or court approval.

    vii.    Do no sell assets of the bankrupt entity without court approval.

    viii.    Do not engage or pay professionals (e.g., attorneys, accountants, appraisers, brokers) without court approval.

    b.    *U.S. Trustee Requirements:*

    i.    Review Office of the U.S. Trustee Chapter 11 Operating Guidelines and Reporting Requirements.

    ii.    Close out books and records as of the filing date, 5:00 p.m.

    iii.    Employ an outside CPA, bankruptcy experienced, to assist in the filing of monthly reports and assist with preparation of annual fiduciary returns.

    iv.    Make sure all insurance is in place – general liability, worker's comp, fire, theft (regular business policies) and instruct insurer to include Office of U.S. Trustee on insurance certificate(s) as additional person to receive notice.

    v.    Close all bank accounts in the name of the debtor.

    vi.    Open new bank accounts to replace existing accounts in the name of:

        Name
        Debtor in Possession
        Case No. _____
        address
        Phone number

    vii.    Pay all ordinary course of business expenses incurred post-petition timely.

    viii.    Pay all post-petition taxes timely.

**4** | P a g e
W e d n e s d a y ,  A p r i l  2 4 ,  2 0 2 4

    ix.    Pay all post-petition contributions to employee 401K plan timely.

    x.    File U. S. Trustee's monthly reports by the 15th day of the following month.

    xi.    You will receive a quarterly bill from the U. S. Trustee's Office which <u>must</u> be paid timely.

    xii.    Post security deposits, if required, with <u>all</u> utility companies, within twenty days of the filing.

    *c.*    <u>*Fiduciary Obligations of Officers and Directors:*</u>

As I mentioned above, upon filing for bankruptcy relief, the duties of managers, officers and directors shift in that they now owe a fiduciary duty to creditors (and in fact may have had a fiduciary duty to creditors pre-bankruptcy as well). The fiduciary duty generally involves: i) a duty of loyalty, ii) duty of care and iii) duty of impartiality. The first concept requires that management refrain from self-dealing at the expense of creditors unless the deal is inherently fair or consistent with an arm's length transaction. Management cannot improperly favor itself over creditors. The second concept requires that you protect and maximize the debtor's property. The final concept requires that you treat all constituents fairly. Management continues to owe a fiduciary duty to shareholders, but the shift giving rise to a duty in favor of creditors means management may not advocate the position of equity at the expense of creditors, especially without full disclosure of the details governing the proposed transaction.

**5.** **Termination of Representation.** You have the right at any time to terminate our services hereunder upon notice to us to that effect. Concomitantly, we shall have the right, consistent with our professional and ethical duties, to terminate our services hereunder upon notice to you to that effect. Termination by you or by us will not affect your obligation to pay for any legal services rendered and for any costs incurred prior to the effective date of termination and not covered by the amount deposited.

At the conclusion of this matter, we will retain your legal files for a period of no less than three years after we close our file. At the expiration of the three year period, we will destroy these files unless you notify us in writing that you wish to take possession of them. We reserve the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files.

If the foregoing accurately reflects your understanding of our attorney/client relationship and is agreeable to you, please sign and date a copy of this letter where indicated and return it to me as soon as possible.

Thank you again for allowing us to represent you in this matter. I appreciate the business

**5** | P a g e
W e d n e s d a y ,  A p r i l  2 4 ,  2 0 2 4

and look forward to working with you to successfully complete this project.

**Very truly yours,**

**The Congeni Law Firm, LLC**

**By:** */s/ Leo D. Congeni*
_____
**Leo D. Congeni**

**ACKNOWLEDGMENT:**

I acknowledge and agree to all the terms and conditions of this letter and agree to pay all legal bills as described.

Date: 4 / 30 / 24

Dant A. Sandras, D.D.S., L.L.C.
By:  Dant A. Sandras

# United States Bankruptcy Court
### Eastern District of Louisiana

In re  **Dant A. Sandras, D.D.S., L.L.C.**                Case No.                             

                                         Debtor(s)           Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Dant A. Sandras**<br>**13373 Hwy. 3235**<br>**Larose, LA 70373** | | **100%** | **Memberhsip** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President / Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June  4, 2024**                         Signature  **/s/ Dant A. Sandras**

                                                                          **Dant A. Sandras**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of Louisiana

In re    **Dant A. Sandras, D.D.S., L.L.C.** _____

Case No. _____

Debtor(s)          Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President / Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June  4, 2024** _____

**/s/ Dant A. Sandras** _____

**Dant A. Sandras**/**President / Owner**
Signer/Title

.

Align Technology
PO Box 742531
Los Angeles, CA 90074-2531


Align Technology, Inc.
2820 Orchard Parkway
San Jose, CA 95134


AMEX
PO Box 981535
El Paso, TX 79998


Commercial Collectors, Inc.
PO Box 337
Montrose, MN 55363


Dant A. Sandras
13373 Hwy. 3235
Larose, LA 70373


Dell Financial Services
PO Box 81577
Austin, TX 78708-1577


Dext Capital, LLC
4000 Kruse Way Place
Building 3, Suite 100
Lake Oswego, OR 97035


Entergy Louisiana, LLC
PO Box 8108
Baton Rouge, LA 70891-8108


EverBank, N.A.
PO Box 41046
Jacksonville, FL 32203


Finance Administration Center
4680 Parkway Dr., Suite 300
Mason, OH 45040


Forward Financing LLC
53 State St.
20th Floor
Boston, MA 02109

Internal Revenue Service
1555 Poydras Street
Suite 220, Stop 31
New Orleans, LA 70112


Lafourche Parish Sheriff's Office
P.O. Box 5608
Thibodaux, LA 70037


Louisiana Sleep and Wellness, LLC
13373 Hwy 3235
Larose, LA 70373


Newtek Small Business Finance, LLC
1981 Marcus Ave., Suite 130
Lake Success, NY 11042


OnDeck Capital, Inc.
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009


Patterson Dental
1031 Mendota Heights Rd.
Saint Paul, MN 55120


Polaris Business Advisors
22 W 38th St.
New York, NY 10018


Rev Business
PO Box 880
Gonzales, LA 70707-0880


SCPDC
PO Box 1870
Gray, LA 70359


Sleep Better Louisiana, LLC
13373 Hwy. 3235
Larose, LA 70373


Spartan Business Solutions, LLC
371 E. Main St., Suite 2
Middletown, NY 10940

Summit Funding Group, Inc.
4680 Parkway Dr., Suite 300
Mason, OH 45040


U.S. Bank Equipment Fin.
PO Box 790448
Saint Louis, MO 63179-0448


Weave
1331 W Powell Way
Lehi, UT 84043

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Dant A. Sandras, D.D.S., L.L.C.**

                                            Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Dant A. Sandras, D.D.S., L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  4, 2024**

Date

**/s/ Leo D. Congeni**

**Leo D. Congeni 25626**

Signature of Attorney or Litigant

Counsel for   **Dant A. Sandras, D.D.S., L.L.C.**

**Congeni Law Firm, LLC**
**650 Poydras St., Ste. 2750**
**New Orleans, LA 70130**
**(504) 522-4848**
**leo@congenilawfirm.com**